EMILIO DI BIANCO, Respondent, v. FILOMENO NAPOLETANO and MARIA NAPOLETANO, Appellants.— Motion to dismiss appeal denied upon condition that appellants perfect the appeal for the December term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ.

SI ETKIN, Appellant, v. LOUIS KOPPEL, Respondent.— Motion for reargument of motion denied, with ten dollars costs. Present — Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ.

JOHN C. FOSTER, Appellant, v. ETHEL G. FOSTER, Respondent.— Motion for reargument denied. Present — Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ.

GREATER NEW YORK DEVELOPMENT COMPANY, Respondent, v. KA-RO BUILDING CORPORATION and Others, Defendants. SEABERG ELEVATOR Co., INC., Appellant.— Motion to dismiss appeal denied upon condition that appellant perfect the appeal for the December term (for which term the case is set down) and be ready for argument when reached, and upon the further condition that appellant pay respondent twenty dollars costs within five days from the service of a copy of the order herein; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ.

In the Matter of the Arbitration between LOUIS ABRAMSON and Others, Respondents, and LOUIS SCHWARTZ and LUBESS REALTY CORPORATION, Appellants.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ.

In the Matter of the Application of NELLIE DOWDALL, on Behalf of Herself and Others Similarly Situated, Appellant, for an Order Directing JOHN R. VOORHIS and Others, Constituting the Board of Elections of the City of New York, to Reinstate Said Petitioner as Election Inspector, etc., Respondents.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ.

In the Matter of the Petition of the NATIONAL CITY BANK OF NEW YORK, Successor by Consolidation to THE PEOPLES TRUST COMPANY, to Prove the Last Will and Testament of WILLIAM DYER, Late of the County of Kings, Deceased.— Motion to dismiss appeal denied, upon condition that appellants perfect the appeal for the January, 1931, term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ.

In the Matter of the Application of CHARLES E. HERROLD to Lay Out and Alter Certain Highways Known as Jackson Avenue, South of the Merrick Road, and Atlantic View Avenue, at Seaford, in the Town of Hempstead, Nassau County, New York, and the Assessment of Damages Therefor.— Motion to confirm order of County Court of Nassau county granted. Present — Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ.